United States District Court
Southern District of Texas
**ENTERED**
February 16, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CYNTHIA VASQUEZ, Reg. No. 46340-380, §§§ Petitioner, § § v. § § WARDEN TONYA HAWKINS, §§ Respondent. § | CIVIL ACTION NO. H-22-3281 |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED without prejudice**.

This is a **FINAL JUDGMENT**.

The Clerk will provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this 16th day of February 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE